# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO.: 1:09-cv-00573-DLB PC |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| JAWAYNE FAMBROUGH, et al., | (Doc. 1) |
| Defendants. | |

Thornell Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed his complaint on March 30, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under § 1983 against Defendants Fambrough, Garcia, Copeland, Vasquez, Yates, Amoako, Gonzales, Whitehead, Peacock, and Hays for violation of the Eighth Amendment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

   C/O JAWAYNE FAMBROUGH

   C/O JOE GARCIA

---

[1] In a separate order, the Court dismissed Defendants K. Carter, Chrones, Knowles, and Hedgpeth from the action for failure to state any claims upon which relief may be granted.

1

        C/O JACKSON COPELAND

        C/O FELIX VASQUEZ

        C/O JOSE GONZALES

        C/O V. YATES

        C/O STEPHAINE AMOAKO

        SERGEANT JEROME PEACOCK

        SERGEANT C. HAYS

        LIEUTENANT JOHN WHITEHEAD

2. The Clerk of the Court shall send Plaintiff ten (10) USM-285 forms, ten (10) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 30, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for the defendant listed above; and

    c. Eleven (11) copies of the endorsed complaint filed March 30, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:** **October 20, 2009**           /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE