1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 | THORNELL BROWN,                          CASE NO. 1:09-cv-00573-DLB PC

10 |                    Plaintiff,            ORDER REQUIRING PLAINTIFF TO SHOW
                                             CAUSE WITHIN THIRTY DAYS WHY
11 |        v.                               DEFENDANT **FELIX VASQUEZ** SHOULD
                                             NOT BE DISMISSED FOR FAILURE TO
12 | FAMBROUGH, et al.,                      PROVIDE INFORMATION SUFFICIENT TO
                                             EFFECT SERVICE
13 |                    Defendants.
                                             (Doc. 14)
14

15 | _____/

16        Plaintiff Thornell Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

18  Plaintiff's complaint, filed March 30, 2009.  (Doc. 1.)  On November 13, 2009, the Court issued an

19  order directing the United States Marshal to initiate service of process on ten defendants.  (Doc. 13.)

20  The Marshal was unable to locate and serve Defendant Felix Vasquez and on February 1, 2010, the

21  Marshal returned the USM-285 form to the Court.  (Doc. 14.)

22        Pursuant to Rule 4(m),

23        If a defendant is not served within 120 days after the complaint is filed, the court -
          on motion or on its own after notice to the plaintiff - must dismiss the action without
24        prejudice against that defendant or order that service be made within a specified time.
          But if the plaintiff shows good cause for the failure, the court must extend the time
25        for service for an appropriate period.

26  Fed. R. Civ. P. 4(m).

27        In cases involving a plaintiff proceeding in forma pauperis, the Marshal, upon order of the

28  Court, shall serve the summons and the complaint.  Fed. R. Civ. P. 4(c)(2).  "'[A]n incarcerated pro

1

1   se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the

2   summons and complaint and ... should not be penalized by having his action dismissed for failure

3   to effect service where the U.S. Marshal or the court clerk has failed to perform his duties.'" <u>Walker</u>

4   <u>v. Sumner</u>, 14 F.3d 1415, 1422 (9th Cir. 1994) (quoting <u>Puett v. Blandford</u>, 912 F.2d 270, 275 (9th

5   Cir. 1990)), <u>abrogated on other grounds by</u> <u>Sandin v. Connor</u>, 515 U.S. 472 (1995). "So long as the

6   prisoner has furnished the information necessary to identify the defendant, the marshal's failure to

7   effect service is 'automatically good cause . . . .'" <u>Walker</u>, 14 F.3d at 1422 (quoting <u>Sellers v. United</u>

8   <u>States</u>, 902 F.2d 598, 603 (7th Cir.1990)).  However, where a pro se plaintiff fails to provide the

9   Marshal with accurate and sufficient information to effect service of the summons and complaint,

10   the Court's sua sponte dismissal of the unserved defendants is appropriate.  <u>Walker</u>, 14 F.3d at 1421-

11   22.

12        In this instance, the address provided by Plaintiff for Defendant Felix Vasquez is no longer

13   accurate, as Defendant Felix Vasquez  is no longer employed at the facility, Kern Valley State

14   Prison.  (Doc. 14.)  If Plaintiff is unable to provide the Marshal with a current address at which

15   Defendant Felix Vasquez can be located, the defendant shall be dismissed from the action, without

16   prejudice.  Pursuant to Rule 4(m), the Court will provide Plaintiff with the opportunity to show cause

17   why Defendant Felix Vasquez should not be dismissed from the action at this time.

18        Accordingly, based on the foregoing, it is HEREBY ORDERED that:

19   1.   Within **thirty (30) days** from the date of service of this order, Plaintiff shall show

20        cause why Defendants Felix Vasquez should not be dismissed from this action; and

21   2.   The failure to respond to this order or the failure to show cause will result in

22        dismissal of Defendant Felix Vasquez from this action.

23   IT IS SO ORDERED.

24   **Dated:    April 3, 2010          /s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28