1

2

3

4

5

6

7  # UNITED STATES DISTRICT COURT

8  ## EASTERN DISTRICT OF CALIFORNIA

9  THORNELL BROWN,                           CASE NO. 1:09-cv-00573-DLB PC

10                    Plaintiff,              ORDER REQUIRING PLAINTIFF TO SHOW
                                             CAUSE WITHIN THIRTY DAYS WHY
11        v.                                  DEFENDANT **C. HAY** SHOULD NOT BE
                                             DISMISSED FOR FAILURE TO PROVIDE
12  FAMBROUGH, et al.,                        INFORMATION SUFFICIENT TO EFFECT
                                             SERVICE
13                    Defendants.
                                             (Doc. 15)
14

15  _____/

16        Plaintiff Thornell Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

18  Plaintiff's complaint, filed March 30, 2009.  (Doc. 1.)  On November 13, 2009, the Court issued an

19  order directing the United States Marshal to initiate service of process on ten defendants.  (Doc. 13.)

20  The Marshal was unable to locate and serve Defendant C. Hay and on February 1, 2010, the Marshal

21  returned the USM-285 form to the Court.  (Doc. 15.)

22        Pursuant to Rule 4(m),

23        If a defendant is not served within 120 days after the complaint is filed, the court -
          on motion or on its own after notice to the plaintiff - must dismiss the action without
24        prejudice against that defendant or order that service be made within a specified time.
          But if the plaintiff shows good cause for the failure, the court must extend the time
25        for service for an appropriate period.

26  Fed. R. Civ. P. 4(m).

27        In cases involving a plaintiff proceeding in forma pauperis, the Marshal, upon order of the

28  Court, shall serve the summons and the complaint.  Fed. R. Civ. P. 4(c)(2).  "'[A]n incarcerated pro

1

1   se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the

2   summons and complaint and ... should not be penalized by having his action dismissed for failure

3   to effect service where the U.S. Marshal or the court clerk has failed to perform his duties.'" Walker

4   v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994) (quoting Puett v. Blandford, 912 F.2d 270, 275 (9th

5   Cir. 1990)), abrogated on other grounds by Sandin v. Connor, 515 U.S. 472 (1995). "So long as the

6   prisoner has furnished the information necessary to identify the defendant, the marshal's failure to

7   effect service is 'automatically good cause . . . .'" Walker, 14 F.3d at 1422 (quoting Sellers v. United

8   States, 902 F.2d 598, 603 (7th Cir.1990)).   However, where a pro se plaintiff fails to provide the

9   Marshal with accurate and sufficient information to effect service of the summons and complaint,

10  the Court's sua sponte dismissal of the unserved defendants is appropriate. Walker, 14 F.3d at 1421-

11  22.

12      In this instance, the address provided by Plaintiff for Defendant C. Hay is no longer accurate,

13  as Defendant C. Hay is no longer employed at the facility, Kern Valley State Prison.  (Doc. 15.)

14  There are also too many C. Hays in the CDCR database.  If Plaintiff is unable to provide the Marshal

15  with a current address at which Defendant C. Hay can be located, the defendant shall be dismissed

16  from the action, without prejudice.  Pursuant to Rule 4(m), the Court will provide Plaintiff with the

17  opportunity to show cause why Defendant C. Hay should not be dismissed from the action at this

18  time.

19      Accordingly, based on the foregoing, it is HEREBY ORDERED that:

20  1.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall show

21          cause why Defendant C. Hay should not be dismissed from this action; and

22  2.      The failure to respond to this order or the failure to show cause will result in

23          dismissal of Defendant C. Hay from this action.

24  IT IS SO ORDERED.

25  Dated:   __April 3, 2010__        _____ **/s/ Dennis L. Beck**_____
                                      UNITED STATES MAGISTRATE JUDGE

26

27

28

2