IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | 1:09-cv-00573-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |
| vs. | |
| JAWAYNE FAMBROUGH, et al., | (Motion#45) |
| Defendants. | DISPOSITIVE MOTION DEADLINE: APRIL 4, 2011 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2011, defendants filed a motion to extend the dispositive motion deadline. Defendants seek a modification of the Court's schedule.

Good cause is required to modify a scheduling order. Fed. R. Civ. P. 16(b)(4). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The parties have up to and including April 4, 2011 in which to file dispositive motions.

IT IS SO ORDERED.

Dated:   March 16, 2011                    /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE