# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | ) Case No.: 1:09-cv-00573 DLB (PC) <br> ) <br> ) ORDER REASSIGNING CASE <br> ) <br> ) <br> ) Old Case Number: 1:09-cv-00573 DLB (PC) <br> ) <br> ) New Case Number: 1:09-cv-00573 JLT (PC) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | |

   The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:09-cv-00573 JLT (PC)**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

   Furthermore, in light of this reassignment the **Telephonic Trial Confirmation Hearing** currently set for March 16, 2012 is **RESET to the calendar of Magistrate Judge Jennifer L. Thurston on March 16, 2012 at 3:30 p.m.** Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(661) 326-6624**. In addition the **Jury Trial** currently set for April 24, 2012 is RESET to the **calendar of Magistrate Judge Jennifer L. Thurston on April 24, 2012 at 9:00 a.m, in Fresno, Courtroom 6 (JLT).**

IT IS SO ORDERED.

Dated: **March 12, 2012**                    /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE