1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THORNELL BROWN,                          Case No. 1:09-cv-00573 JLT (PC)

12          Plaintiff,                        ORDER GRANTING ORAL MOTION FOR
                                              APPOINTMENT OF COUNSEL
13          vs.

14   JAWAYNE FAMBROUGH, et al.,

15          Defendants.

16   _____/

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983. Plaintiff alleges that Defendants Copeland and Fambrough used excessive

19   force on him while they escorted him to the Program Office at Kern Valley State Prison on August 23,

20   2006. Plaintiff alleges also that Amoako, Peacock, Whitehead, and Yates failed to protect him from the

21   use of excessive force.

22          On March 16, 2012, the Court conducted the trial confirmation and pretrial conference in this

23   matter. At the hearing, Plaintiff reiterated his request for appointment of counsel. The Court explained

24   that this case and the level of complexity of the issues raised in it do not make is exceptional such to

25   warrant appointment of counsel. However, in discussing the pretrial issues, it became apparent to the

26   Court that Plaintiff is not capable of organizing his case sufficiently to present it in an understandable

27   fashion to a jury.

28   ////

1

1          Therefore,  Plaintiff's oral request for appointment of counsel is **GRANTED**.

2     IT IS SO ORDERED.

3     Dated:   **March 16, 2012**                              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28