1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   THORNELL BROWN,                          Case No. 1:09-cv-00573 JLT (PC)

11            Plaintiff,

12        vs.

13   JAWAYNE FAMBROUGH, et al.,

14            Defendants.                      ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This case will be referred to Magistrate Judge Kendall J. Newman to conduct a

18   settlement conference on May 29, 2012, at 9:00 a.m. in Courtroom #25.  Plaintiff shall be

19   available by video conference at the institution.  A separate order and writ of habeas corpus ad

20   testificandum will issue forthwith.

21        In accordance with the above,  IT IS HEREBY ORDERED that:

22        1.  This case is set for a settlement conference before  Magistrate Judge Kendall J.

23   Newman on May 29, 2012, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in

24   Courtroom #25.

25        2.  Parties are to appear with full settlement authority.

26        3.  No later than May 21, 2012, the parties are directed to exchange non-

1

1  confidential settlement statements.  These statements shall simultaneously be delivered to the

2  court using the following email address: kjnorders@caed.uscourts.gov.  Plaintiff shall either mail

3  or deliver his settlement statement to the Clerk's Office, located on the 4th Floor.  If a party

4  desires to share additional confidential information with the court, they may do so pursuant to the

5  provisions of Local Rule 270(d) and (e).

6

7  IT IS SO ORDERED.

8  Dated:   **April 4, 2012**                                        **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26