IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | Case No. 1:09-cv-00573 JLT (PC) |
| Plaintiff, | |
| vs. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | ORDER |
| _____/ | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on May 29, 2012, at 9:00 a.m. in Courtroom #25. Plaintiff shall be available by video conference at the institution. A separate order and writ of habeas corpus ad testificandum will issue forthwith.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Kendall J. Newman on May 29, 2012, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #25.

2. Parties are to appear with full settlement authority.

3. No later than May 21, 2012, the parties are directed to exchange non-

1

confidential settlement statements.  These statements shall simultaneously be delivered to the court using the following email address: kjnorders@caed.uscourts.gov.  Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor.  If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

IT IS SO ORDERED.

Dated:   **April 4, 2012**                                          **/s/ Jennifer L. Thurston**
                                                                                       UNITED STATES MAGISTRATE JUDGE