IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAWAYNE FAMBROUGH et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00573 JLT (PC)<br><br>**ORDER REGARDING REQUEST FOR CLARIFICATION**<br><br>(Doc. 80) |

On May 23, 2012, Plaintiff filed a request for clarification of the Court's order granting appointment of counsel (Doc. 71). (Doc. 80) In his current request, Plaintiff requests clarification as to whether his case has been referred to a law firm for pro bono representation. Id.

Plaintiff is advised that the Court has not yet determined who will represent him at trial. Until counsel is appointed, Plaintiff need not attempt to comply with the Court's pretrial order. (Doc. 72) Once an attorney is identified to represent him, Plaintiff will be advised of this fact and his counsel will be obligated to complete the tasks set forth in the pretrial order.

IT IS SO ORDERED.

　Dated:　**May 25, 2012**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE