# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

THORNELL BROWN,

            Plaintiff,

    vs.

JAWAYNE FAMBROUGH, et al.,

            Defendants.

_____/

Case No. **1:09-cv-00573 JLT (PC)**

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT THORNELL BROWN, CDC# P67636**

DATE: July 16, 2012
TIME: 8:30 a.m., Courtroom 6

    Thornell Brown, inmate, CDC# P67636, a necessary and material witness for the Plaintiff in proceedings in this case on July 16, 2012, is confined at Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960, in the custody of Warden Anthony Hedgepeth. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on July 16, 2012 at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden Anthony Hedgepeth, Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **June 6, 2012**               **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE