IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | Case No. 1:09-cv-00573 JLT (PC) |
| Plaintiff, | **ORDER APPOINTING DONALD A.** |
| vs. | **LANCASTER TO REPRESENT PLAINTIFF** |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On March 16, 2012, during the trial confirmation and pretrial conference, plaintiff reiterated his request for appointment of counsel. The court granted plaintiff's oral motion for appointment of counsel. Doc. 71. Donald A. Lancaster, Jr., has been selected from the court's pro bono attorney panel and is hereby appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Donald A. Lancaster, Jr. is appointed as counsel in the above entitled matter.

2. Donald A. Lancaster, Jr. shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Donald A. Lancaster, Jr., The Lancaster Law Group, 21900 Burbank Boulevard, 3rd Floor, Woodland Hills,

California 91367

      4.  The pretrial order requires motions in limine be filed by June 15, 2012. (Doc. 72) However, due to the recency of this appointment, the time for Plaintiff to file his motions in limine is extended to June 22, 2012 with opposition due July 6, 2012.  Plaintiff's opposition to Defendants' motions in limine is not impacted by this order.  All other deadlines set forth in the pretrial order remain in effect and are unchanged by this order.

IT IS SO ORDERED.

Dated:  **June 12, 2012**                                             /s/ **Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE