UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAWAYNE FAMBROUGH, et al.,<br><br>　　　　Defendant. | Case No.: 1:11-cv-01242 AWI JLT<br><br>ORDER DENYING WITNESS' MOTION FOR TRANSPORTATION<br><br>(Doc. 97) |

　　　　Plaintiff Thornell Brown is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. His matter is currently set for trial on July 16, 2012.

　　　　On June 29, 2012, one of the witnesses in this case, Darren Whitney ("the witness"), filed a motion asking this Court to order that he be returned to Centinela State Prison (where he is currently housed) rather than remain at Delano State Prison pending the July 16, 2012 trial. (Docs. 86 and 97). The witness states that Delano State Prison is "out of [his] way" and would "complicate [his] legal issues." (Doc. 97 at 1). He also states that due to some "mix-up with the order" he arrived at Delano State Prison on June 20, 2012 and is to remain there until he completes his trial testimony. (Docs. 86 and 97 at 2).

　　　　While this Court has the ability to issue the Writ of Habeas Corpus Ad Testificandum to require the witness be produced at trial, it cannot control how the California Department of

1

1 Corrections facilitates the witness' transportation to and from trial.  As a result, the witness' motion is
2 DENIED.

5 IT IS SO ORDERED.

6    Dated: __**July 2, 2012**__                      __**/s/ Jennifer L. Thurston**__
7                                                    UNITED STATES MAGISTRATE JUDGE