Donald Aquinas Lancaster, Jr., Esq.
California State Bar Number 258097
The Lancaster Law Group, APC
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367
Telephone Number:   818.992.2924
Facsimile Number:    818.992.2925
DLancaster@thelancasterlawgroup.com
Attorney for Plaintiff, Thornell Brown.

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-2550
Facsimile: (916) 324-5205
Email: Diana.Esquivel@doj.ca.gov

Attorney for Defendants, Amoako, Copeland, Fambrough, Peacock, Whitehead, and Yates.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| THORNELL BROWN,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>JAWYANE FAMBROUGH, JACKSON COPELAND, V. YATES, STEPHANIE AMOAKO, JEROME PEACOCK, AND JOHN WHITEHEAD,<br><br>　　　　DEFENDANTS. | Case No.: 1:09-cv-00573- JLT(PC)<br>**STIPULATION TO CONTINUE TRIAL DATE TO SEPTEMBER 10, 2012, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE §40.**<br><br>Trial Date:　　July 16, 2012<br>Time:　　　　8:30 a.m.<br>Courtroom:　　6<br>Judge:　　　　Hon. Jennifer L. Thurston<br>Action Filed:　March 30, 2009 |

---

Stipulation to Continue Trial Date; Case Number 1:09-cv-00573- JLT-PC-Page 1

　　　　　　　　　　　　　　　　　　　　　　　　　　　The Lancaster Law Group
　　　　　　　　　　　　　　　　　　　　　　　21900 Burbank Boulevard, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　Woodland Hills, CA 91367
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 818.992.2924
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:   818.992.2925

Plaintiff, Thornell Brown, and Defendants, Jawyane Fambrough; Jackson Copeland; V. Yates; Stephanie Amoako; Jerome Peacock; and John Whitehead, acting through their respective counsels of record, stipulate to a continuance of the trial date to **Monday, September 10, 2012**.

The parties request Court approval of the above-referenced continuance, pursuant to Federal Rule of Civil Procedure §40, to allow recently-appointed Plaintiff's counsel to obtain evidence necessary to prosecute this civil action.

Dated June 29, 2012

**By: /s/Donald Aquinas Lancaster, Jr**
Donald Aquinas Lancaster, Jr., Esq.
California State Bar Number: 258097
The Lancaster Law Group, APC
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367
(818) 992-2924 Telephone Number
(818) 992-2925 Facsimile Number
DLancaster@thelancasterlawgroup.com

Dated June 29, 2012

**BY:/s/Diana Esquivel**
DIANA ESQUIVEL,
State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-2550
Facsimile: (916) 324-5205
Email: Diana.Esquivel@doj.ca.gov

IT IS SO ORDERED.

Dated:   **July 2, 2012**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

**Stipulation to Continue Trial Date; Case Number 1:09-cv-00573- JLT-PC-Page 2**

**The Lancaster Law Group**
**21900 Burbank Boulevard, 3rd Floor**
**Woodland Hills, CA 91367**
**Telephone: 818.992.2924**
**Facsimile:   818.992.2925**