**Donald Aquinas Lancaster, Jr., Esq.**
**California State Bar Number 258097**
**The Lancaster Law Group, APC**
**21900 Burbank Boulevard, 3rd Floor**
**Woodland Hills, CA 91367**
**Telephone Number:   818.992.2924**
**Facsimile Number:    818.992.2925**
**DLancaster@thelancasterlawgroup.com**
**Attorney for Plaintiff, Thornell Brown.**

**KAMALA D. HARRIS, State Bar No. 146672**
**Attorney General of California**
**DAVID A. CARRASCO, State Bar No. 160460**
**Supervising Deputy Attorney General**
**DIANA ESQUIVEL, State Bar No. 202954**
**Deputy Attorney General**
**1300 I Street, Suite 125**
**P.O. Box 944255**
**Sacramento, CA 94244-2550**
**Telephone: (916) 445-2550**
**Facsimile: (916) 324-5205**
**Email: Diana.Esquivel@doj.ca.gov**

**Attorney for Defendants, Amoako, Copeland, Fambrough, Peacock, Whitehead, and Yates.**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **THORNELL BROWN,**<br>　　　　**PLAINTIFF,**<br>**v.**<br>**JAWYANE FAMBROUGH, JACKSON COPELAND, V. YATES, STEPHANIE AMOAKO, JEROME PEACOCK, AND JOHN WHITEHEAD,**<br>　　　　**DEFENDANTS.** | **Case No.: 1:09-cv-00573- JLT(PC)**<br>**STIPULATION TO CONTINUE TRIAL DATE TO SEPTEMBER 10, 2012, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE §40.**<br><br>Trial Date:　July 16, 2012<br>Time:　　　8:30 a.m.<br>Courtroom:　6<br>Judge:　　　Hon. Jennifer L. Thurston<br>Action Filed:　March 30, 2009 |

---

**Stipulation to Continue Trial Date; Case Number 1:09-cv-00573- JLT-PC-Page 1**

Plaintiff, Thornell Brown, and Defendants, Jawyane Fambrough; Jackson Copeland; V. Yates; Stephanie Amoako; Jerome Peacock; and John Whitehead, acting through their respective counsels of record, stipulate to a continuance of the trial date to **Monday, September 10, 2012**.

The parties request Court approval of the above-referenced continuance, pursuant to Federal Rule of Civil Procedure §40, to allow recently-appointed Plaintiff's counsel to obtain evidence necessary to prosecute this civil action.

Dated June 29, 2012

**By: /s/Donald Aquinas Lancaster, Jr**
Donald Aquinas Lancaster, Jr., Esq.
California State Bar Number: 258097
The Lancaster Law Group, APC
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367
(818) 992-2924 Telephone Number
(818) 992-2925 Facsimile Number
DLancaster@thelancasterlawgroup.com

Dated June 29, 2012

**BY:/s/Diana Esquivel_____**
DIANA ESQUIVEL,
State Bar No. 202954
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-2550
Facsimile: (916) 324-5205
Email: Diana.Esquivel@doj.ca.gov

IT IS SO ORDERED.

Dated:   **July 2, 2012**           **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

---

**Stipulation to Continue Trial Date; Case Number 1:09-cv-00573- JLT-PC-Page 2**