IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAWAYNE FAMBROUGH, et al.,<br><br>　　　　Defendant. | Case No.: 1:09-cv-00573 JLT (PC)<br><br>ORDER VACATING WRIT AD TESTIFICANDUM FOR PLAINTIFF, THORNELL BROWN (CDC # P67636) |

On May 29, 2012, the Court issued a writ of habeas corpus ad testificandum for Plaintiff, Thornell Brown (CDC# P67636) to be transported to this Court and to appear for jury trial on July 16, 2012. (Doc. 83.) Jury trial in this case has since been rescheduled for September 10, 2012. Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum issued June 7, 2012 (Doc. 83.) is **VACATED**.

IT IS SO ORDERED.

　Dated:   **July 2, 2012**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1