1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THORNELL BROWN,                          Case No.: 1:09-cv-00573 JLT (PC)

12           Plaintiff,                       ORDER VACATING WRIT AD
                                              TESTIFICANDUM FOR PLAINTIFF,
13        vs.                                 THORNELL BROWN (CDC # P67636)

14   JAWAYNE FAMBROUGH, et al.,

15           Defendant.

16

17        On May 29, 2012, the Court issued a writ of habeas corpus ad testificandum for Plaintiff,

18   Thornell Brown (CDC# P67636) to be transported to this Court and to appear for jury trial on

19   July 16, 2012.  (Doc. 83.)  Jury trial in this case has since been rescheduled for September 10,

20   2012.  Accordingly, it is HEREBY ORDERED that the writ of habeas corpus ad testificandum

21   issued June 7, 2012 (Doc. 83.) is **VACATED**.

22

23

24   IT IS SO ORDERED.

25     Dated:   **July 2, 2012**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

                                             1