KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-4928
 Facsimile:  (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Amoako, Copeland, Fambrough, Peacock, Whitehead, and Yates*

DONALD AQUINAS LANCASTER, JR., Esq.
California State Bar Number 258097
THE LANCASTER LAW GROUP, APC
 21900 Burbank Boulevard, 3rd Floor
 Woodland Hills, CA 91367
 Telephone:  (818) 992-2924
 Facsimile:  (818) 992-2925
 E-mail: DLancaster@thelancasterlawgroup.com
*Attorney for Plaintiff Thornell Brown*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THORNELL BROWN,** | No. 1:09-cv-00573 JLT |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO SUBMIT TRIAL EXHIBITS AND ORDER** |
| v. | |
| | (Doc. 119) |
| **JAWAYNE FAMBROUGH, et al.,** | |
| Defendants. | |

The parties, by and through their attorneys of record, agree to extend the deadline to submit the trial exhibits to August 17, 2012.  Based on the pretrial order, dated March 20, 2012, the Court ordered the parties to submit to the Courtroom Deputy their pre-marked trial exhibits by no later than July 6, 2012.  (ECF No. 72, 10:17-22.)

1

Good cause exists to extend this deadline because Plaintiff's counsel, who was recently appointed to this case (ECF No. 92), requires more time to obtain evidence to prosecute this case and prepare Plaintiff's exhibits.  Also, the Court continued the trial to September 10, 2012, to allow Plaintiff's counsel more time to prepare for trial.  (ECF No. 102.)  Thus, the requested extension will not affect the trial date.  The parties have met all other deadlines set out in the Court's pretrial order.

Dated:  July 6, 2012                                                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General


*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  July 6, 2012                                                    THE LANCASTER LAW GROUP, APC


*/s/ Donald Acquinas Lancaster Jr.*

DONALD ACQUINAS LANCASTER, JR.
*Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation and good cause appearing, the parties shall submit their pre-marked trial exhibits to the Courtroom Deputy no later than August 24, 2012.

IT IS SO ORDERED.

Dated:   **August 14, 2012**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE

2

Stipulation to Extend Deadline to Submit Trial Exhibits and Order  (1:09-cv-00573 JLT)