1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 445-4928
6    Facsimile:  (916) 324-5205
     E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants Amoako, Copeland,
   Fambrough, Peacock, Whitehead, and Yates*
8
   DONALD AQUINAS LANCASTER, JR., Esq.
9  California State Bar Number 258097
   THE LANCASTER LAW GROUP, APC
10   21900 Burbank Boulevard, 3rd Floor
     Woodland Hills, CA 91367
11   Telephone:  (818) 992-2924
     Facsimile:  (818) 992-2925
12   E-mail: DLancaster@thelancasterlawgroup.com
   *Attorney for Plaintiff Thornell Brown*
13

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THORNELL BROWN,** | No. 1:09-cv-00573 JLT |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO SUBMIT TRIAL EXHIBITS AND ORDER** |
| v. | |
| **JAWAYNE FAMBROUGH, et al.,** | (Doc. 119) |
| Defendants. | |

The parties, by and through their attorneys of record, agree to extend the deadline to submit the trial exhibits to August 17, 2012.  Based on the pretrial order, dated March 20, 2012, the Court ordered the parties to submit to the Courtroom Deputy their pre-marked trial exhibits by no later than July 6, 2012.  (ECF No. 72, 10:17-22.)

1

Good cause exists to extend this deadline because Plaintiff's counsel, who was recently appointed to this case (ECF No. 92), requires more time to obtain evidence to prosecute this case and prepare Plaintiff's exhibits.  Also, the Court continued the trial to September 10, 2012, to allow Plaintiff's counsel more time to prepare for trial.  (ECF No. 102.)  Thus, the requested extension will not affect the trial date.  The parties have met all other deadlines set out in the Court's pretrial order.

Dated:  July 6, 2012                                         Respectfully submitted,

                                                                                                KAMALA D. HARRIS
                                                                                                 Attorney General of California
                                                                                                 DAVID A .CARRASCO
                                                                                                 Supervising Deputy Attorney General


                                                                           ***/s/ Diana Esquivel***

                                                                            DIANA ESQUIVEL
                                                                            Deputy Attorney General
                                                                            *Attorneys for Defendants*

Dated:  July 6, 2012                                         THE LANCASTER LAW GROUP, APC


                                                         ***/s/ Donald Acquinas Lancaster Jr.***

                                                                            DONALD ACQUINAS LANCASTER, JR.
                                                                            *Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation and good cause appearing, the parties shall submit their pre-marked trial exhibits to the Courtroom Deputy no later than August 24, 2012.

IT IS SO ORDERED.

   Dated:  **August 14, 2012**                               **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Deadline to Submit Trial Exhibits and Order  (1:09-cv-00573 JLT)