UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | |
| Plaintiff, | Case No.: 1:09-cv-00573 JLT (PC) |
| vs. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | ORDER TO FACILITATE TELEPHONE CALL |
| _____ / | |

Plaintiff is a state prisoner represented by court appointed counsel Donald Aquinas Lancaster, Jr. of The Lancaster Law Group, and is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  Communication between Mr. Lancaster and his client is required to complete preparation for trial scheduled to begin Monday, September 10, 2012.  By this order, the court directs the Warden and the correctional staff at Pleasant Valley State Prison (PVSP), to facilitate a confidential telephone call between appointed counsel Mr. Lancaster and inmate Thornell Brown (P-67636).

In accordance with the above, **IT IS HEREBY ORDERED**:

1. The Warden, litigation coordinator, and other correctional staff as needed at

1

1  PVSP, **SHALL** facilitate a confidential telephone call between Thornell Brown and his attorney,
2  Mr. Lancaster.
3        2. The confidential telephone call **SHALL** be placed on Friday, September 7,
4  2012, to begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 120
5  minutes or until completed, whichever is earlier.  Correctional staff **SHALL** initiate the phone
6  call by calling Mr. Lancaster at (818) 992-2924.
7        3. The telephone conversation **SHALL** be a confidential communication between
8  attorney and client and conducted so as not to be overheard by correctional staff or others.
9  Correctional staff, however, may keep inmate Brown under visual surveillance during the
10 conversation.
11       4. Failure to comply with this order may result in an order requiring the Warden
12 of PVSP, or others responsible for the failure to comply, to appear before the court to show cause
13 why sanctions should not be imposed against them.
14       5. The Clerk of the Court is ordered to promptly serve this order by facsimile
15 (559) 935-4928 and/or email on the Warden and litigation coordinator at PVSP.
16 IT IS SO ORDERED.
17 Dated:   **September 6, 2012**                                    /s/ **Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE