**FILED**

SEP 1 0 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:09-cv-00573 JLT (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER THORNELL BROWN, P67636, FOR TRIAL ON TUESDAY, SEPTEMBER 11, 2012 AT 8:30 A.M. |
| v. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | |

Plaintiff Thornell Brown, inmate number P67636, shall be produced for trial in Courtroom Six, Seventh Floor, United States District Court, 2500 Tulare Street, Fresno, California on Tuesday, September 11, 2012 at 8:30 a.m., and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: September 10, 2012

            /s/ Jennifer L. Thurston
            JENNIFER L. THURSTON
            UNITED STATES MAGISTRATE JUDGE

1