FILED

SEP 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:09-cv-00573 JLT (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF INMATE WITNESS CURLEY JOHN BROUSSARD, CDC #C-78707, FOR TRIAL ON TUESDAY, SEPTEMBER 11, 2012 AT 8:30 A.M. |
| v. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | |

Inmate witness Curley John Broussard, CDC #C-78707, shall be produced for trial in Courtroom 6, 7th Floor, United States District Court, 2500 Tulare Street, Fresno, California on Tuesday, September 11, 2012 at 8:30 a.m., and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: __September 10, 2012__

_/s/ Jennifer L. Thurston_
JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE