

**FILED**

SEP 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. ARELLANO
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:09-cv-00573 JLT (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER THORNELL BROWN, CDC #P-67636, FOR TRIAL ON WEDNESDAY, SEPTEMBER 12, 2012 AT 8:30 A.M. |
| v. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | |

Plaintiff Thornell Brown, CDC #P-67636, shall be produced for trial in Courtroom Six, Seventh Floor, United States District Court, 2500 Tulare Street, Fresno, California on Wednesday, September 12, 2012 at 8:30 a.m., and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: September 11, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1