FILED

SEP 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. ARELLANO
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THORNELL BROWN, | CASE NO. 1:09-cv-00573 JLT (PC) |
|---|---|
| Plaintiff, | NOTICE AND ORDER THAT INMATE WITNESS BERNHARDT CHAMBLISS, CDC #V-94319, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | |

Inmate witness Bernhardt Chambliss, CDC #V-94319, has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: September 11, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE