**FILED**

SEP 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:09-cv-00573 JLT (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE WITNESS DARREN WHITNEY, |
| v. | CDC #J-64958, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND |
| JAWAYNE FAMBROUGH, et al., | THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| Defendants. | |

Inmate witness Darren Whitney, CDC #J-64958, has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED:    September 11, 2012

_____
JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1