**FILED**

SEP 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>JAWAYNE FAMBROUGH, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00573 JLT (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS SEAN SLADE, CDC #E-04858, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Inmate witness Sean Slade, CDC #E-04858, has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED:   September 11, 2012            _/s/ Jennifer L. Thurston_
                                                          JENNIFER L. THURSTON
                                                          UNITED STATES MAGISTRATE JUDGE