IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Thornell Brown

        Plaintiff(s)

vs.

Jawayne Famorough, et al

        Defendants.

No. 1:09cv-00573-JLT (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald Lancaster, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 06/12/12, by the Honorable Jennifer Thurston, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Trial is for violation of Title 42 United States Code, Section 1983 and violation of the eighth amendment of the United States Constitution. The trial estimate is five business days beginning, Monday, September 10, 2012.

Travel related to attending trial for week beginning on Sunday, September 9, 2012. Distance is calculated from the offices of The Lancaster Law Group in Woodland Hills, CA to the United States District, Eastern District courthouse in Fresno, CA.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1395.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES – PAGE 2

Case Number: 1:09cv-00573-JLT (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 859.37 | Hotel | |
| 236.00 | Mileage | |
| 300.00 | Meals | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of September, 20 12, at Woodland Hills, CA, California.

_____
Attorney for Plaintiff(s)

The above expenditure is  ✓  Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____ on _____, at _____, ___.M. in Courtroom Number_____.

Dated:  9/7/12

_____
Jennifer L. Thurston
United States District Judge/Magistrate