

FILED

SEP 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO___
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:09-cv-00573 JLT (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE THORNELL BROWN, CDC #P-67636, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| JAWAYNE FAMBROUGH, et al., | |
| Defendants. | |

Plaintiff Thornell Brown, CDC #P-67636, has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED:  September 12, 2012

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1